UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DAVID C. WENTZ
        MICHELLE WENTZ

        Debtor(s)                                    CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
                Movant
        vs.

        DAVID C. WENTZ                                CASE NO: 1-16-00260-RNO
        MICHELLE WENTZ

                Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 10, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 12, 2016.

2. A Confirmation hearing was held and an Order was entered on February 1, 2017 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA  17036
717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID C. WENTZ
MICHELLE WENTZ

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-16-00260-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: | May 3, 2017 |
| --- | --- | --- |
| | Time: | 10:00 AM |

Any objection/response to the above referenced matter must be filed and served on or before: *April 24, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 10, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID C. WENTZ  CHAPTER 13
MICHELLE WENTZ

CASE NO: 1-16-00260-RNO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

AND NOW, on April 10, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA 17201-

DAVID C. WENTZ
MICHELLE WENTZ
38 LYNBROOK DR S.
YORK, PA 17402

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 10, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID C. WENTZ
MICHELLE WENTZ

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

DAVID C. WENTZ
MICHELLE WENTZ

        Respondent(s)

CHAPTER 13

CASE NO: 1-16-00260-RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.