In re:                                          Case No. 16-00260-RNO
David C. Wentz                                  Chapter 13
Michelle Wentz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner        Page 1 of 1         Date Rcvd: Aug 17, 2017
                           Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db/jdb        +David C. Wentz,   Michelle Wentz,   38 Lynbrook Dr S,   York, PA 17402-3222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
         bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Michael John Csonka   on behalf of Debtor David C. Wentz office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        Michael John Csonka   on behalf of Joint Debtor Michelle  Wentz office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        Thomas I Puleo   on behalf of Creditor   Wilmington Savings Fund Society, FSB Et Al...
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David C. Wentz
Michelle Wentz

Debtor(s)

Chapter      13

Case No.     1:16–bk–00260–RNO

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on July 6, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  August 17, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk