In re:
David C. Wentz
Michelle Wentz
    Debtors

Case No. 16-00260-HWV
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AGarner | Page 1 of 1 | Date Rcvd: May 21, 2018 |
|---|---|---|---|
| | Form ID: pdf010 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
db/jdb     +David C. Wentz,   Michelle Wentz,   38 Lynbrook Dr S,   York, PA 17402-3222
            +Harley Davidson Corporation Office, ATTN Payroll,   3700 W Juneau Avenue,
             Milwaukee, WI 53208-2865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
         bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Michael John Csonka    on behalf of Debtor 2 Michelle  Wentz office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        Michael John Csonka    on behalf of Debtor 1 David C. Wentz office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                       TOTAL: 8

IN THE UNITED STATES ANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  )
        )
David C. Wentz and )
Michelle Wentz,    )  Case No. 1-16-bk-00260 HWV
        )  Chapter 13
    Debtor(s)   )
        )

**AMENDED ORDER OF COURT**

UPON CONSIDERATION of the Debtors' Motion to Amend Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Amended Motion for Wage Attachment is approved. The Debtor's employer Harley Davidson Corporation Office, ATTN Payroll, 3700 W Juneau Avenue, Milwaukee, WI 53208, is ordered to submit weekly payments of **$386.63** to Charles J. DeHart, III, P O Box 7005, Lancaster, PA 17604.

Dated: May 21, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)